IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **CHRISTOPHER A. TUSSING, et al.** : | CASE NO. 3:21cv157 |
| **Plaintiffs,** : | **JUDGE WALTER H. RICE** |
| v. : | |
| **SEVENSIXTEEN TRANSPORT, LLC, et al.** : | |
| : | |
| **Defendants.** | |

## ORDER OF DISMISSAL; TERMINATION ENTRY

The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED**, with prejudice as to the parties, provided that any of the parties may, upon good cause shown **within 60 days**, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

**IT IS SO ORDERED.**

*[Signature]*
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT